

391 P.3d 1243

Patricia NAKAMOTO, Plaintiff-Appellant,

v.

Jamae KAWAUCHI, in her individual and official capacity as County Clerk, Dominic Yagong, in his individual and official capacity as Chairman, Hawai'i County Council, County of Hawai'i, Corporate Specialized Intelligence and Investigations LLC, Defendants-Appellees, and Doe Persons 1-10, Doe Partnerships 1-10, Doe Corporations 110, Roe "Non-Profit" Corporations 1-10, and Roe Governmental Entities 1-10, Defendants

Shyla M. Ayau, Plaintiff-Appellant,

v.

Jamae Kawauchi, in her individual and official capacity as County Clerk, Dominic Yagong, in his individual and official capacity as Chairman, Hawai'i County Council, County of Hawai'i, Corporate Specialized Intelligence and Investigations LLC, Defendants-Appellees, and Doe Persons 1-10, Doe Partnerships 1-10, Doe Corporations 1-10, Roe "Non-Profit" Corporations 1-10, and Roe Governmental Entities 1-10, Defendants

NO. CAAP-13-0004947

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 14, 2017,

As Amended March 15, 2017

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CIVIL NO. 12-1-0466)

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CIVIL NO. 12-1-0467)

SUMMARY DISPOSITION ORDER

Affirmed.

391 P.3d 1243

STATE of Hawai'i, Plaintiff-Appellant,

v.

Candi KIHANO, Defendant-Appellee.

NO. CAAP-16-0000281

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 15, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 15-1-1887)

SUMMARY DISPOSITION ORDER

Affirm.

391 P.3d 1243

STATE of Hawai'i, Plaintiff-Appellee,

v.

Philip I. MARTIN, Jr., Defendant-Appellant

NO. CAAP-16-0000333

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 15, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT (HONOLULU DIVISION) (Case No. 1DTA-15-03897)

SUMMARY DISPOSITION ORDER

Affirmed.